CR219-0037

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA WEAVER | ) | |

PENALTY CERTIFICATION

The undersigned Special Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:  **Attempted Coercion and Enticement**
18 U.S.C. § 2422(b)
- Imprisonment for not less than 10 years nor more than life;
- Fine of not more than $250,000;
- Supervised release of at least 5 years and up to life;
- A mandatory $100 special assessment and a possible second special assessment under 18 U.S.C. §§ 3014 and/or 2259A; and
- Registration as a sex offender under the Sex Offender Registration and Notification Act.

Count 2:  **Attempted Transfer of Obscene Matter to a Minor**
18 U.S.C. § 1470
- Imprisonment of not more than 10 years;
- Fine of not more than $250,000;
- Supervised release of not more than 3 years; and
- $100 Special Assessment.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

Katelyn Semales
Special Assistant United States Attorney