# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR219-37**

United States of America

vs.

**Joshua Weaver**
**10:02 - 10:30**

Defendant/Age

**Katelyn Semales**
U. S. Attorney

**Sean Simmons**
Attorney for Defendant

- [✓] Plea agreement  **(Received).**   [✓] Defendant Sworn   [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____ .
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Two (2)** of the information.
- [✓] Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **S/A Kenney** .
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD** .
- [ ] Bond Continued   ___   Bond modified to _____ .
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **12/06/2019**
Court Reporter   **Debra Gilbert**   Probation Officer **Kayla Walker**
Courtroom Deputy Clerk   **Whitney Sharp**   U.S. Marshal **Mark**